IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FUNMILAYO FRANKLIN and**
**JAMES FRANKLIN,**

       Plaintiffs,

                               Civil No.  10-2055-CM

v.

**STEVEN A. PRIDDLE, M.D., et. al.,**

       Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon stipulation by the parties, (Doc. 23) and for good cause shown, it is hereby

**ORDERED** that the above-captioned case against defendants is dismissed without prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED** this 29th day of June, 2010 at Kansas City, Kansas**.**

                                                  s/ Carlos Murguia
                                                  **Carlos Murguia**
                                                  **U.S. District Judge**